1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS D. McCRACKEN,

11              Plaintiff,                No. CIV S-03-1047 FCD DAD P

12        vs.

13   M. SMELOSKY, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff is a state prisoner proceeding pro se with this civil rights action.

17   Pursuant to the scheduling order filed in this case on October 19, 2004, a pretrial conference is

18   set before the undersigned on September 30, 2005, and jury trial is set before the Honorable

19   Frank C. Damrell Jr. on December 20, 2005.  Before the court is plaintiff's request for five blank

20   subpoena forms.

21              Plaintiff is referred to the October 19, 2004 scheduling order, which provides that

22   subpoena forms shall not be submitted to the United States Marshal for service earlier than four

23   weeks before trial.  Plaintiff is reminded that each subpoena form must be accompanied by

24   payment of the daily witness fee and travel expenses for the witness.  The court will grant

25   plaintiff's request for subpoena forms but cautions plaintiff against submitting the forms prior to

26   November 22, 2005.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  Plaintiff's August 24, 2005 request for subpoena forms is granted; and

3       2.  The Clerk of the Court shall send plaintiff five blank subpoena forms with this

4   order.

5   DATED: September 13, 2005.

6

7                                                      _____
                                                       DALE A. DROZD
8   DAD:13                                             UNITED STATES MAGISTRATE JUDGE
    mccr1047.subp
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                      2