IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS D. McCRACKEN,

      Plaintiff,                      No. CIV S-03-1047 FCD DAD P

   vs.

M. SMELOSKY, et al.,

      Defendants.            <u>ORDER</u>

/

      Plaintiff has requested an extension of time to file and serve objections to the Pretrial Order filed October 26, 2005, and to serve copies of his exhibits on defendants' counsel. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's November 22, 2005 request for extension of time is granted;

      2. Plaintiff is granted fifteen days from the date of this order in which to file and serve objections to the Pretrial Order filed October 26, 2005; and

      3. Plaintiff is granted thirty days from the date of this order in which to serve copies of his exhibits on defendants' counsel.

DATED: November 30, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
mccr1047.36