IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS D. McCRACKEN,** | NO. 2:03-cv-1047 FCD DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO CONTINUE TRIAL** |
| v. | |
| **M. SMELOSKY, et al.,** | "AS MODIFIED" |
| Defendants. | |

Defendants' request for a 30-day continuance of the trial date based on the unavailability of three witnesses was considered by the Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that the trial in this matter is continued to July 25, 2006 at 9:00 a.m.

DATED: May 26, 2006         /s/ Frank C. Damrell Jr.
                            FRANK C. DAMRELL JR.
                            United States District Court Judge

*[Proposed] Order*

1