IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. McCRACKEN,<br><br>  Plaintiff,<br><br>v.<br><br>M. SMELOSKY, et al.,<br><br>  Defendants. | CASE NO. 2:03-CV-1047 FCD DAD P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO CONTINUE TRIAL DATE** |

Defendants' request for a brief continuance of the trial date based on the unavailability of Defendant Chris Holm was considered by the Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that the trial in this matter is continued to August 22, 2006 at 9:00 a.m.

DATED: June 14, 2006          /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL JR.
                              United States District Court Judge

MCCRACKER prisoner cont trial.wpd

*Order*

1